IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES MACKIE GRIMES, II, et al.                                                    PLAINTIFF

V.                                                          CIVIL ACTION NO.: 1:20-CV-102-SA-RP

JASON MOORE, in his individual capacity                                          DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on May 19, 2020. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 20th day of May, 2020.

                                              /s/ Sharion Aycock
                                            UNITED STATES DISTRICT JUDGE